AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __GUAM__

UNITED STATES OF AMERICA

V.

YI XU CHEN

**WARRANT FOR ARREST**

Case Number: MG-05-00049-002

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to __YI XU CHEN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**COUNT I - ALIEN SMUGGLING [ 8 U.S.C. §1324(a)(2)(B)(ii), 18 U.S.C. §2, and 6 U.S.C. §§251 and 557 ]**

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

Signature of Issuing Officer

**MAGISTRATE JUDGE**
Title of Issuing Officer

**SEPTEMBER 28, 2005; HAGATNA, GUAM**
Date and Location

FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/29/05 | | |
| DATE OF ARREST | | |
| 9/29/05 | | |