

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**CASE NO. MJ-05-00049**　　　　　　　　　　**DATE: September 30, 2005**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**　　Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles　　　　　　　　　　Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:23:31 - 2:53:55　　CSO: B. Benavente / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JIN MU**　　　　　　　　　　　　　　　**ATTY: MARK SMITH**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: YI XU CHEN**　　　　　　　　　　　　**ATTY: SAMUEL S. TEKER**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: XIU YAN LI**　　　　　　　　　　　　**ATTY: G. PATRICK CIVILLE**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: RONG HUA TONG**　　　　　　　　　**ATTY: F. RANDALL CUNLIFFE**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK　　　　　　　　AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON　　U.S. MARSHAL: S. LUJAN / M. UNGACTA

INTERPRETER: FOO MEE CHUN CLINARD　　　LANGUAGE: CHINESE

**PROCEEDINGS:　INITIAL APPEARANCE RE COMPLAINT**

( X ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED:
JIN MU: MARK SMITH, ATTORNEY APPOINTED　　YI XU CHEN: SAMUEL S. TEKER, ATTORNEY APPOINTED
XIU YAN LI: G. PATRICK CIVILLE, ATTORNEY APPOINTED　　RONG HUA TONG: F. RANDALL CUNLIFFE, ATTORNEY APPOINTED

( X ) DEFENDANTS SWORN AND EXAMINED:
　　XIU YAN LI: 14 YEARS  SCHOOL COMPLETED　　　RONG HUA TONG: 10 YEARS  SCHOOL COMPLETED

( X ) DEFENDANTS LI and TONG WERE ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( X ) DEFENDANT LI and TONG WAIVED READING OF ( X ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:
　　XIU YAN LI: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: COUNT II
　　RONG HUA TONG: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: COUNT II

( X ) PRELIMINARY EXAMINATION SET FOR: OCTOBER 7, 2005 at 9:30 A.M.　　(FOR DEFENDANT'S MU AND CHEN)

( X ) TRIAL SET FOR: NOVEMBER 17, 2005 at 9:30 A.M.　　(FOR DEFENDANT'S LI AND TONG)

( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION

**NOTES:**
Trial Order executed. Mr. Smith and Mr. Teker submitted to the Pretrial Services Report regarding detention. Mr. Civille and Mr. Cunliffe argued for the release of their clients. Government opposed their release.

The Court remanded all the defendant's to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy: ___