# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Jin Mu, et al.,<br><br>        Defendant. | Case No. 1:05-mj-00049<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Orders of Detention for defendants Jin Mu, Yi Xu Chen, Xiu Yan Li and Rong Hua Tong, and Trial Order filed September 30, 2005*, on the dates indicated below:

| | | | |
|---|---|---|---|
| *U.S. Attorney's Office* | *Mark Smith* | *Samuel Teker* | *G. Patrick Civille* |
| *October 3, 2005* | *October 3, 2005* | *October 3, 2005* | *October 3, 2005* |

| | | |
|---|---|---|
| *F. Randall Cunliffe* | *U.S. Probation Office* | *U.S. Marshal Service* |
| *October 3, 2005* | *October 3, 2005*<br>*(Detention Order Only)* | *October 3, 2005*<br>*(Detention Order Only* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Orders of Detention for defendants Jin Mu, Yi Xu Chen, Xiu Yan Li and Rong Hua Tong, and Trial Order filed September 30, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005                               /s/ Marilyn B. Alcon
                                                              Deputy Clerk